IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| RUCE R. TRACHSEL and SHELLY L. TRACHSEL,<br><br>        Plaintiffs,<br><br>v.<br><br>THE ATTORNEYS IN THE JUVENILE DEPENDENCY PROCEEDINGS: MOORE, CANADAY, SLININGER, ROSENBAUM, BRISBIN, and JULIE R. RUNYON,<br><br>        Defendants. | CV 04-434-BR<br><br>ORDER |

**RUCE R. TRACHSEL**
**SHELLY L. TRACHSEL**
2040 S.E. Evergreen Street
Milwaukie, OR 97222
(503) 659-1092

        Plaintiffs, *Pro se*

**JONATHAN M. RADMACHER**
**TRUNG D. TU**
McEwen Gisvold LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland, OR  97204
(503) 226-7321

      Attorneys for Defendants Steven E. Rosenbaum, Gay Canaday, Karen Brisbin, Arthur P. Slininger, and Charles Moore

**JOSEPH C. ARELLANO**
**XIN XU**
Kennedy, Watts, Arellano & Ricks LLP
1211 S.W. Fifth Avenue, Suite 2850
Portland, OR  97204
(503) 228-6191

      Attorneys for Defendant Julie R. Runyon

**BROWN, Judge.**

    The Court has completed its review of Defendant Julie R. Runyon's Motion to Dismiss Plaintiffs' Amended Complaint (#49) and the Motion to Dismiss Amended Complaint (#47) of Defendants Rosenbaum, Canaday, Brisbin, Slininger, and Moore.  Plaintiffs have not filed any response to these Motions and the deadline to do so passed on March 24, 2005.

    Viewing Plaintiffs' Amended Complaint in the light most favorable to Plaintiffs, the Court concludes Plaintiffs do not state any claim against the moving Defendants for the same reasons set forth in the Court's Opinion and Order issued December 10, 2004.  In addition, the Court concludes it is "beyond doubt" that Plaintiffs cannot cure these deficiencies. *McGary v. City of Portland*, 386 F.3d 1259, 1261 (9th Cir. 2004).

The Court, therefore, **GRANTS** Defendant Julie R. Runyon's Motion to Dismiss Plaintiffs' Amended Complaint (#49) and **GRANTS** the Motion to Dismiss Amended Complaint (#47) of Defendants Rosenbaum, Canaday, Brisbin, Slininger, and Moore, and **DISMISSES** this action with prejudice.

IT IS SO ORDERED.

DATED this 19th day of May, 2005.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge